## MEMORANDUM DECISIONS.

ATLANTIC COAST LINE R. CO. v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. November 22, 1907.) No. 751. In Error to the District Court of the United States for the Eastern District of North Carolina. For opinion below, see 153 Fed. 918. Geo. B. Elliott, for plaintiff in error. L. M. Walter, Sp. Asst. U. S. Atty., and Harry Skinner, U. S. Atty. Before PRITCHARD, Circuit Judge, and MORRIS and WADDILL, District Judges.

PER CURIAM. Upon an inspection of the record in this case it appears that the writ of error was improvidently granted, in that there was no final

judgment in the cou below. The writ of error is therefore dismissed, and the District Court will proceed with the case according to law.